**David S. Aman,** OSB No. 962106
  Direct Dial:  503.802.2053
  Direct Fax:  503.972.3753
  Email:  david.aman@tonkon.com
**TONKON TORP LLP**
1600 Pioneer Tower
888 SW Fifth Avenue
Portland, OR  97204-2099

  Attorney for Defendant One Pet Planet, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| **SLEASH, LLC**, a Colorado Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**ONE PET PLANET, LLC,** an Oregon Limited Liability Company, **AMAZING PET PRODUCTS**, an Oregon Limited Liability Company, and **CHOO CHOO IMPORTS, LLC**, an Oregon Limited Liability Company,<br><br>　　　　Defendants. | Civil No.  3:14-cv-00863-ST<br><br>**DECLARATION OF DAVID S. AMAN IN SUPPORT OF DEFENDANT ONE PET PLANET, LLC'S MEMORANDUM IN OPPOSITION TO EX PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION** |

I, David S. Aman, declare as follows:

1.　　I am one of the attorneys in this matter for defendant One Pet Planet, LLC.

2. I make this declaration in support of Defendant One Pet Planet, LLC's Memorandum in Opposition to Ex Parte Motion for Entry of a Temporary Restraining Order and a Preliminary Injunction.

3. I make this declaration based on personal knowledge and am competent to testify to the matters herein.

4. Attached hereto as Exhibit A is an e-mail from Michael Saber to Michael Twain and Joe Buescher dated March 4, 2014.

5. Attached hereto as Exhibit B is an e-mail from Michael Twain to Kathy Sudi dated March 20, 2014.

6. Attached hereto as Exhibit C is an e-mail from Joe Buescher to Michael Twain dated April 8, 2014.

7. Attached hereto as Exhibit D is a letter from David Aman to Thomas Rossa dated April 22, 2014.

8. Attached hereto as Exhibit E is an e-mail from Michael Twain to Joe Buescher and Saber dated May 9, 2014.

9. Attached hereto as Exhibit F is an e-mail from Michael Twain to Joe Buescher and Saber dated May 9, 2014.

10. Attached hereto as Exhibit G is an e-mail from David Aman to Thomas Rossa dated May 20, 2014.

11. Attached hereto as Exhibit H is an e-mail from Kim Good to David Aman dated May 14, 2014.

/ / /

/ / /

12. At 3:23 p.m. on May 28, 2014, I received a call from Stephen Mosier, Sleash's counsel, indicating that they were seeking a temporary restraining order against OPP. I received the motion papers by email at 6:26 p.m. that evening.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29th day of May, 2014.

      /s/ David S. Aman
David S. Aman

035233/00002/5572402v1